Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Christopher J. Bridger
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG - 8 2023

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

MATTHEW A. LEVASSEUR,

Defendant.

1:23-CR- 2042-MKD

INDICTMENT

Vio:   18 U.S.C. §§ 922(g)(1),
924(a)(8)
Felon in Possession
Ammunition

18 U.S.C. § 924, 28 U.S.C.
§ 2461
Forfeiture Allegations

The Grand Jury charges:

On or about April 12, 2023, in the Eastern District of Washington, the Defendant, MATTHEW A. LEVASSEUR, knowing of his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, ammunition, to wit:

- 36 rounds of Winchester .38 Special caliber ammunition bearing headstamp "WINCHESTER 38 SPL",

which ammunition had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, MATTHEW A. LEVASSEUR, shall forfeit to the United States of America any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- 36 rounds of Winchester .38 Special caliber ammunition

DATED this ___8___ day of August, 2023.

Vanessa Waldref
Vanessa R. Waldref
United States Attorney

Christopher J. Bridger
Assistant United States Attorney

INDICTMENT – 2